## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Al-Tericke Praylow,           )

                              )     C/A No. 0:11-cv-3280-TLW

              Petitioner,      )

                              )

    vs.                     )     **O R D E R**

                              )

South Carolina Department of Corrections,  )

                              )

            Respondent.     )

_____ )

       Petitioner is a South Carolina Department of Corrections' prisoner, who, proceeding *pro se,* filed a petition for writ of mandamus concerning prison conditions. By Order dated January 20, 2012 (Doc. # 6), Petitioner was given a set time in which to pay the filing fee or file a motion to proceed without prepayment of the fee (*in forma pauperis*). Petitioner was warned that failure to provide the filing fee or file the motion within the timetable set in the Order would subject the case to dismissal. Petitioner did not respond to the Order and the time for response lapsed on February 13, 2012. Petitioner has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

       **IT IS SO ORDERED**.

                                  s/Terry L. Wooten
                                  United States District Judge

March 21, 2012
Florence, South Carolina

## NOTICE OF RIGHT TO APPEAL

       The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.