# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Al-Tericke Praylow, *Petitioner* | ) ) |
| v. | ) Civil Action No. 0:11-cv-3280-TLW-PJG |
| South Carolina Department of Corrections, *Respondent* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Al-Tericke Praylow, shall take nothing of the respondent, South Carolina Department of Corrections, as to the petition filed pursuant to 28 U.S.C. §1361 and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge, presiding, dismissing the action without prejudice.

Date: March 22, 2012

*CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*